UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ZANE WISEMAN,

    Plaintiff,                                                    CASE NO.: 8:21-cv-02743-TPB-AAS

vs.

PROGRESSIVE PALOVERDE INSURANCE
COMPANY, a foreign corporation,

    Defendant.
_____/

**PLAINTIFF'S MOTION FOR PRETRIAL STATUS
CONFERENCE WITH INCORPORATED MEMORANDUM OF LAW**

Plaintiff, ZANE WISEMAN, (hereafter "Wiseman") requests that the Court convene a pretrial status conference in this matter. In support of this motion, Wiseman states as follows:

1. This matter was previously scheduled to proceed to trial on the Court's docket commencing September 5, 2023. In compliance with the Court's prior orders, the parties completed discovery and took other steps to prepare this matter for trial, including the preparation of witness and exhibit lists and collaboration on a pretrial statement.

2. Progressive also filed its Motion for Summary Judgment (Dkt. 40) on April 6, 2023. Wiseman filed his substantive response on May 10, 2023 (Dkt. 48)

and Progressive filed a Reply on May 24, 2023 (Dkt. 54).

3. On August 3, 2023, the Court removed the case from the September 2023 trial term.

4. Since the removal of this case from the Court's trial docket, there has been no further order in this matter.

5. Wiseman seeks guidance from the Court regarding the status of this matter, including, as appropriate, the disposition of the motion for summary judgment, a new trial date, pretrial deadlines, and the like so that the parties can assure the orderly and efficient progression of this matter.

6. Federal Rule of Civil Procedure 16 contemplates pretrial conferences to aid the Court and the parties in the scheduling and management of the case.

WHEREFORE, Wiseman respectfully requests that the Court set a status conference in this matter.

## LOCAL RULE 3.01(g) CERTIFICATION

The undersigned has conferred with opposing counsel via email and the parties were unable to agree to the content of a joint motion.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via e-mail to Jennifer C. Worden, Esq. and Daniel A. Martinez, Esquire, Segundo Law Group 2935 First Ave N, 2nd Floor Saint Petersburg, FL 33713,

servicestp@civillit.com (Counsel for Defendant); and to Henry E. Valenzuela, Esquire, Valenzuela Law Firm, P.A., 100 North Tampa Street, Suite 2350, Tampa, FL 33602, pleadings@vallaw.com; service@vallaw.com (Co-Counsel for Plaintiff) on this 16th day of November, 2023.

                                            */s/ Christopher S. Knopik*
Christopher S. Knopik, Esquire
Fla. Bar. No.:  0378348
Betras, Kopp & Markota, LLC
1408 N. Westshore Blvd., Suite 1020
Tampa, Florida 33607
Telephone:  (813) 333-9420
Facsimile:  (813) 333-9422
cknopik@bkmlaws.com
lwiseman@bkmlaws.com

*Co-counsel for Plaintiff*